UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
ABDIEL ALVARADO DEL ROSARIO, et al.,

Plaintiffs,

-against-

DOMINO'S PIZZA LLC, et al.,

Defendants
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: __________
DATE FILED: 08/19/2026

26-cv-6691 (LAK)

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

The case is remanded to the court from which it was removed. The amended notice of removal fails to allege the state in which Domino's, Inc., allegedly the sole member of Domino's Pizza LLC, has its principal place of business and thus fails adequately to allege the existence of complete diversity and therefore of subject matter jurisdiction.

SO ORDERED.

Dated: August 19, 2026

/s/ Lewis A. Kaplan

Lewis A. Kaplan
United States District Judge